UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20863-CIV-MARTINEZ

TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

    Plaintiff,

v.

BRIGHTLINE TRAINS FLORIDA, LLC,

    Defendant.
_____/

## ORDER VACATING CONSOLIDATION ORDER

**THIS CAUSE** came before the Court on *sua sponte* review of the record. It is hereby

**ORDERED AND ADJUDGED** that:

1. This Court's Order Consolidating Cases, (ECF No. 11), is **VACATED**. The Clerk is **DIRECTED** to **SEVER** Case Nos. 25-cv-20863 and 24-cv-24734.

2. The Clerk of Court is **DIRECTED** to file a copy of this Order in Case No. 24-cv-24734.

3. The Clerk is further **DIRECTED** to **REOPEN** Case No. 25-cv-20863.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __1__ day of April, 2025.

                                                                                                      _____
                                                                                                     JOSE E. MARTINEZ
Copies provided to:                                                      UNITED STATES DISTRICT JUDGE
All Counsel of Record