## Administrative Record Index
## Brightline Trains v. NMB
## CASE NO. 0:24-cv-24734-GAYLES

### Section Index

Section A.     NMB Authorization of Election Determination (Nov. 12, 2024)
Section B.     NMB Case File for R-7643 (CR-7254) Brightline Trains/TWU

**Section A.   NMB Authorization of Election Determination (November 12, 2024)**

| Doc. # | Page No. | Description |
|---|---|---|
| A.1 |  | NMB Authorization of Election Determination (November 12, 2024) *Brightline Trains Florida LLC,* 52 NMB 44 (2024) |

**Section B.   Documents from  NMB Case File for R-7643 (CR-7254) Brightline Trains/TWU**

| Doc. # | Page No. | Description |
|---|---|---|
| B.1 |  | TWU Representation Application, August 8, 2024, with Notice of Appearance form |
| B.2 |  | August 9, 2024 NMB Case Docket Letter to Participants, with attachments (TWU Application, Notice to Employees, Notice of Appearance form) |
| B.3 |  | Brightline Notice of Appearance form submitted August 12, 2024 |
| B.4 |  | Brightline Objection to NMB Jurisdiction submitted August 22, 2024 |
| B.5 |  | TWU Initial Position Statement submitted August 23, 2024 |
| B.6 |  | Brightline Letter to NMB submitted August 26, 2024 |
| B.7 |  | Brightline Letter to NMB and List of Eligible Voters submitted August 28, 2024 |
| B.8 |  | Brightline Position Statement including Cover Letter and Revised Notice of Appearance form submitted September 6, 2024 |

***ADMINISTRATIVE RECORD INDEX*** **Brightline Trains, Inc. v. NMB** *(Cont'd)*

| | | |
|---|---|---|
| B.9 | | TWU Response to Brightline Objection to NMB Jurisdiction submitted September 20, 2024 |
| B.10 | | Brightline Reply and Cover Letter submitted September 24, 2024 |
| B.11 | | TWU Response to Brightline submitted September 27, 2024 |
| B.12 | | Brightline Submission of List of Eligible Voters and Cover Letter dated November 15, 2024. |
| B.13 | | NMB Request for Information dated November 18, 2024. |
| B.14 | | NMB Sample Ballot and Cover Letter dated November 20, 2024. |
| B.15 | | Brightline Status Change Documentation submitted November 20, 2024. |
| B.16 | | NMB Status Change Ruling dated November 26, 2024. |
| B.17 | | Brightline Status Change Documents submitted January 6, 2025. |
| B.18 | | NMB Tally Notification Letter dated January 8, 2025. |
| B.19 | | TWU Designated Observer List submitted January 9, 2025. |
| B.20 | | Brightline Notice of Substitution of Representative submitted January 10, 2025. |
| B.21 | | NMB Status Change Ruling dated January 10, 2025. |
| B.22 | | Brightline Designated Observer List submitted January 10, 2025. |
| B.23 | | Report of Election dated January 14, 2025. |
| B.24 | | Certification of TWU (January 15, 2025)<br>*Brightline Trains Florida LLC,* 52 NMB 77 (2025) |