UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-24734-GAYLES/GOODMAN

BRIGHTLINE TRAINS FLORIDA LLC,

    Plaintiff,

v.

NATIONAL MEDIATION BOARD.,

    Defendant,

And

TRANSPORT WORKERS UNION OF
AMERICA, ALF-CIO,

    Intervenor.

_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

The Undersigned, to whom matters in the above-styled case have been referred, recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a); the Court's Internal Operating Procedure, IOP 2.16.00; and Administrative Order 2024-86.

**DONE AND ORDERED** in Chambers, Miami, Florida, on April 15, 2025.

Jonathan Goodman
CHIEF UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge **Enjolique A. Lett**.

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: **24-24734-CIV-GAYLES/LETT**.

BY ORDER OF the Court on **April 15,** 2025, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: **J. Conway**
Deputy Clerk

**Copies furnished to:**
The Honorable Darrin P. Gayles
All Counsel of Record