UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-24734-GAYLES

BRIGHTLINE TRAINS FLORIDA, INC.,

    Plaintiff,

v.

NATIONAL MEDIATION BOARD,

    Defendant.
_____/

## JOINT NOTICE OF AMENDMENT TO THE ADMINISTRATIVE RECORD

    Plaintiff, Brightline Trains Florida LLC; Defendant, National Mediation Board; and Intervenor, Transport Workers Union of America (collectively the Parties), by and through the undersigned counsel, hereby jointly give notice of an amendment to the administrative record. Pursuant to the Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [DE54], the parties conferred and agreed to add the following documents to the administrative record in this case: Extension CR-7254 dated September 10, 2024; CHOB R-7643, dated November 13, 2024; and Closing Letter R-7643 dated January 15, 2025. The documents are electronically filed herewith as exhibits to this Notice.

    In addition, the Parties certify that the administrative record is complete.

1

Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY<br><br>**Anthony Erickson-Pogorzelski**<br>Anthony Erickson-Pogorzelski<br>(Fla. Bar No. 619884)<br>Assistant U.S. Attorney<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>(305) 961-9296<br>anthony.pogorzelski@usdoj.gov<br><br>*Counsel for National Mediation Board*<br><br>**Mark H. Richard**[1]<br>Mark H. Richard (Florida Bar No. 305979)<br>Christina S. Gornail (Florida Bar No. 085922)<br>Phillips, Richard & Rind, P.A.<br>9360 S.W. 72nd Street, Suite 283<br>Miami, FL 33173<br>(305) 412-8322<br>(305) 412-8299 (facsimile)<br>mrichard@phillipsrichard.com<br>cgornail@phillipsrichard.com<br><br>Richard S. Edelman<br>Aaron S. Edelman<br>Mooney, Green, Saindon, Murphy & Welch<br>1620 Eye Street, N.W., Suite 700<br>Washington, D.C. 20006<br>(202) 783-0010<br>(202) 783-6088 (facsimile)<br>redelman@mooneygreen.com<br>aedelman@mooneygreen.com<br><br>*Counsel for Transport Workers Union of America* | **Lawrence D. Silverman**[2]<br>Lawrence D. Silverman (Fla. Bar No. 7160)<br>Sidley Austin LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131<br>(305) 391-5100<br>(305) 391-5101 (facsimile)<br>lawrence.silverman@sidley.com<br><br>Terence M. Hynes<br>Raymond A. Atkins<br>Ellen Crisham Pellegrini<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005<br>(202) 736-8000<br>(202) 736-8711 (facsimile)<br>thynes@sidley.com<br>ratkins@sidley.com<br>epellegrini@sidley.com<br><br>*Counsel for Brightline Trains Florida LLC* |

---

[1] Electronically filed with written authorization
[2] Electronically filed with written authorization.