UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24734-GAYLES

BRIGHTLINE TRAINS FLORIDA, INC.,

    Plaintiff,

v.

NATIONAL MEDIATION BOARD,

    Defendant,

and

TRANSPORT WORKERS UNION OF
AMERICA, AFL-CIO,

    Intervenor.

_____/

**JOINT MOTION FOR WITHDRAWAL FROM MEDIATION**

Plaintiff, Brightline Trains Florida LLC (Brightline Florida); Defendant, National Mediation Board (NMB); and Intervenor, Transport Workers Union of America (TWU, and collectively with Brightline Florida and NMB, the Parties), by and through the undersigned counsel and pursuant to Local Rule 16.2(d)(4) of the Local Rules for the Southern District of Florida, hereby move to withdraw this case from mediation; and, in support thereof, state the following:

    1.    This is an action brought by Brightline Florida under the Administrative Procedure Act (APA) challenging the NMB's jurisdictional determination that Brightline Florida is subject to the Railway Labor Act (RLA).

2. Brightline Florida's APA claim turns on the resolution of a purely legal question: whether Brightline Florida is in fact subject to the RLA.

3. TWU's counterclaim, which Brightline Florida has moved to dismiss under Fed. R. Civ. P 12, asserts a legal claim that Brightline Florida's position, that it is not subject to the RLA, places it in violation of Section 2 First of the RLA; the counterclaim will be affected by resolution of the issue raised by Brightline Florida's complaint.

4. Local Rule 16.2 allows any case to be "exempt or withdrawn from mediation . . . upon application of a party and/or determination for any reason that the case is not suitable for mediation." Local Rule 16.2(d)(4).

5. As this case is dependent upon the resolution of discrete legal questions, it is not suitable for mediation.

6. The parties jointly move for this case to be exempt or withdrawn from mediation.

WHEREFORE, for the above stated reasons, the Parties move to withdraw this case from mediation.

| | Respectfully submitted, |
|---|---|
| HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY | **Lawrence D. Silverman**[2]<br>Lawrence D. Silverman (Fla. Bar No. 7160)<br>Sidley Austin LLP |
| **Anthony Erickson-Pogorzelski**<br>Anthony Erickson-Pogorzelski<br>(Fla. Bar No. 619884)<br>Assistant U.S. Attorney<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>(305) 961-9296<br>anthony.pogorzelski@usdoj.gov | 1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131<br>(305) 391-5100<br>(305) 391-5101 (facsimile)<br>lawrence.silverman@sidley.com<br><br>Terence M. Hynes<br>Raymond A. Atkins<br>Ellen Crisham Pellegrini |
| *Counsel for National Mediation Board* | Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005 |
| **Mark H. Richard**[1]<br>Mark H. Richard (Florida Bar No. 305979)<br>Christina S. Gornail (Florida Bar No. 085922)<br>Phillips, Richard & Rind, P.A.<br>9360 S.W. 72nd Street, Suite 283<br>Miami, FL 33173<br>(305) 412-8322<br>(305) 412-8299 (facsimile)<br>mrichard@phillipsrichard.com<br>cgornail@phillipsrichard.com | (202) 736-8000<br>(202) 736-8711 (facsimile)<br>thynes@sidley.com<br>ratkins@sidley.com<br>epellegrini@sidley.com<br><br>*Counsel for Brightline Trains Florida LLC* |
| Richard S. Edelman<br>Aaron S. Edelman<br>Mooney, Green, Saindon, Murphy & Welch<br>1620 Eye Street, N.W., Suite 700<br>Washington, D.C. 20006<br>(202) 783-0010<br>(202) 783-6088 (facsimile)<br>redelman@mooneygreen.com<br>aedelman@mooneygreen.com | |
| *Counsel for Transport Workers Union of America* | |

---

[1] Electronically filed with written authorization
[2] Electronically filed with written authorization.