UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

| | |
|---|---|
| BRIGHTLINE TRAINS FLORIDA LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>NATIONAL MEDIATION BOARD,<br><br>                  Defendant,<br><br>and<br><br>TRANSPORT WORKERS UNION OF AMERICA,<br><br>                  Intervenor. | Case No. 1:24-CV-24734-DPG |

**[PROPOSED] ORDER**

Upon consideration of Brightline Trains Florida LLC's motion to modify the Court's scheduling order, it is, this ___ day of _____, 2025, hereby ORDERED that the motion is granted and the Parties shall adhere to the following summary judgment schedule:

| | |
|---|---|
| The Parties' cross-motions for summary judgment are due by | **August 29, 2025** |
| The Parties' briefs in opposition to summary judgment are due by | **September 29, 2025** |
| The Parties' reply briefs in support of summary judgment are due by | **October 13, 2025** |

_____
Hon. Darrin P. Gayles
United States District Judge